

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00269-CV

**IN THE INTEREST OF W.C.S.**, a Child

From the 452nd District Court, Mason County, Texas
Trial Court No. 175751
Honorable Robert Rey Hofmann, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORERED that Appellee Candice Hafley recover her costs on appeal from Appellant Will Simpson.

SIGNED July 20, 2022.

Rebeca C. Martinez, Chief Justice